Decided May 22, 2002

## STATE OF CONNECTICUT *v.* BRIAN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 117 (AC 20364), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Leonard M. Crone*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided May 22, 2002